**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000737
12-MAY-2023
08:48 AM
Dkt. 27 OAWST**

NO. CAAP-22-0000737

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP
(LIMITED PARTNERSHIP), Plaintiff-Appellant, v.
DU SHA; and DU RAN, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CSP-22-0000208)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (Stipulation), filed April 17, 2023, by Plaintiff-Appellant Tianjin Dinghui Hongjun Equity Investment Partnership (Limited Partnership), the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) filing fees have been paid; (3) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (4) the Stipulation is dated and signed by counsel for all appearing parties; and (5) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, May 12, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge